UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID M. SKINNER,

                              Plaintiff,

                                                                  ORDER

                                                                 06-CV-6119L

          v.

MARC CHAPMAN, DEBRA BREESE,

                              Defendants.
_____

     By motion filed June 15, 2007 (Dkt. #18), plaintiff requests appointment of counsel. There is not an unlimited number of attorneys willing to take *pro bono* assignments. Plaintiff has demonstrated an ability to prosecute this action, *pro se*. I have reviewed all of the factors that are appropriate in determining whether appointment is necessary and conclude that the case is not sufficiently meritorious to warrant appointment of counsel.

CONCLUSION

Plaintiff's motion for appointment of counsel (Dkt. #18) is denied.

IT IS SO ORDERED.

                                                          _____
                                                             DAVID G. LARIMER
                                                            United States District Judge

Dated: Rochester, New York
        June 19, 2007.